

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00011-CV

CHARLES GLEN HYDE, HYDE-
WAY, INC., AVIATION UTILITIES
SERVICES, INC., AND TEXAS AIR
CLASSICS

APPELLANTS
AND APPELLEES

V.

JIMMY RAY, TRENT CRAGIN, RAY
FOSTER, AND LINDBERGH
HANGER, L.L.C.

APPELLEES
AND APPELLANTS

------------

## FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Cross-Appellants' Unopposed Motion to Dismiss

Appeal" filed by Jimmy Ray, Trent Cragin, Ray Foster, and Lindbergh Hanger,

L.L.C. It is the court's opinion that the motion should be granted; therefore, we

---

[1]*See* Tex. R. App. P. 47.4.

dismiss the appeal of cross-appellants Jimmy Ray, Trent Cragin, Ray Foster, and Lindbergh Hanger, L.L.C.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

We have also considered the "Unopposed Motion to Dismiss Appeal" filed by Charles Glen Hyde, Hyde-Way, Inc., Aviation Utilities Services, Inc., and Texas Air Classics.  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellants Charles Glen Hyde, Hyde-Way, Inc., Aviation Utilities Services, Inc., and Texas Air Classics.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Cost of the $175.00 appellate filing fee incurred by cross-appellants is taxed against appellants Charles Glen Hyde, Hyde-Way, Inc., Aviation Utilities Services, Inc., and Texas Air Classics.  All other costs shall be borne by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  February 24, 2011

2